IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HARRY SITREN** § | | **PLAINTIFF** |
| § | | |
| v. § | Civil No. 1:10CV227HSO-JMR | |
| § | | |
| **EMERITUS d/b/a LOYALTON BILOXI** § | | **DEFENDANT** |

### ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

BEFORE THE COURT is Plaintiff's Motion to Lift Stay filed October 26, 2010 [26-1] in the above captioned cause. Defendant does not oppose the instant Motion. After consideration of the submissions, the record, and the relevant legal authorities, the Court finds that Plaintiff's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's Motion to Lift Stay filed October 26, 2010 [26-1], should be and hereby is **GRANTED.** The parties are directed to contact the assigned Magistrate Judge in order for a telephonic case management conference to be scheduled.

**SO ORDERED AND ADJUDGED**, this the 2nd day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE